# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| RICHARD B. THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:12-cv-1092-TWP-DKL |
| | ) | |
| 46th JUDICIAL DISTRICT JUDGES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### Order Transferring Action to Western District of Kentucky

The plaintiff has commenced a civil rights action against the Commonwealth of Kentucky, several state court judges in Breckenridge County, Kentucky (although spelled "Breckinridge" throughout the complaint, the proper spelling of "Breckenridge" will be used in this Entry), an employee of the Breckenridge County Circuit Court Clerk's office, the Breckenridge County Sheriff, the Breckenridge County Attorney, and a private attorney who does business in different counties in Kentucky. The plaintiff alleges that such individuals are corrupt and have violated his federally secured rights. He seeks injunctive and declaratory relief, to have criminal charges brought against the defendants, and compensatory and punitive damages.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. ' 1391(b). Here, the acts the plaintiff alleges in support of his claims took place in the Western District of Kentucky, and the defendants are located within the Western District of Kentucky. Under these

circumstances, the proper venue for plaintiff's claims is the Western District of Kentucky. 28 U.S.C. ' 97. Another statute, 28 U.S.C. ' 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought."

Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Western District of Kentucky at Owensboro, Kentucky.

**IT IS SO ORDERED.**

Date: 08/13/2012 _____

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Richard B. Thornton**
**P. O. Box 164**
**Cannelton, IN 47520**